NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JEREMY B. DANIELS,                          )
a/k/a JEREMY BERNARD DANIELS,               )
                                            )
        Appellant,                          )
                                            )
v.                                          )        Case No. 2D19-784
                                            )
STATE OF FLORIDA,                           )
                                            )
        Appellee.                           )
                                            )
_____ )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public Defender, and
Susan M. Shanahan, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kelly O'Neill, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


                Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.